IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID T. TAYLOR,

    Petitioner,  JUDGMENT IN A CIVIL CASE

  v.  Case No. 17-cv-341-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner David T. Taylor denying his motion for post conviction relief under 28 U.S.C. § 2255, dismissing his civil case and denying the issuance of a certificate of appealability.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 6/13/2017 |
| Peter Oppeneer, Clerk of Court | Date |